Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-078

**Effective Date of Registration:**
July 25, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Vintage Christmas Signs I - Candy Cane Coffee

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 14, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Tara Reed
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tara Reed
7211 SW Locust Street, Portland, OR, 97223, United States

## Rights and Permissions

**Name:** Tara Reed
**Email:** tara@tarareed.com
**Address:** 7211 SW Locust Street
Portland, OR 97223 United States

## Certification

**Name:** David Denholm
**Date:** July 25, 2025
**Applicant's Tracking Number:** TR2025072505



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-076

**Effective Date of Registration:**
July 25, 2025
**Registration Decision Date:**
August 05, 2025

## Title

**Title of Work:** Happy Thoughts V on White

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 23, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Tara Reed
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tara Reed
7211 SW Locust Street, Portland, OR, 97223, United States

## Rights and Permissions

**Name:** Tara Reed
**Email:** tara@tarareed.com
**Address:** 7211 SW Locust Street
Portland, OR 97223 United States

## Certification

**Name:** David Denholm
**Date:** July 25, 2025
**Applicant's Tracking Number:** TR2025072503



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-456-069

**Effective Date of Registration:**
July 25, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title

**Title of Work:** Christmas Kitchen I

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 03, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Tara Reed
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tara Reed
7211 SW Locust Street, Portland, OR, 97223, United States

## Rights and Permissions

**Name:** Tara Reed
**Email:** tara@tarareed.com
**Address:** 7211 SW Locust Street
Portland, OR 97223 United States

## Certification

**Name:** David Denholm
**Date:** July 25, 2025
**Applicant's Tracking Number:** TR2025072501



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-456-075

**Effective Date of Registration:**
July 25, 2025
**Registration Decision Date:**
August 05, 2025

---

## Title
_____

Title of Work: Christmas on the Farm II - Cow with tree

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: February 15, 2018
Nation of 1st Publication: United States

## Author
_____

- Author: Tara Reed
Author Created: 2-D artwork
Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Tara Reed
7211 SW Locust Street, Portland, OR, 97223, United States

## Rights and Permissions
_____

Name: Tara Reed
Email: tara@tarareed.com
Address: 7211 SW Locust Street
Portland, OR 97223 United States

## Certification
_____

Name: David Denholm
Date: July 25, 2025
Applicant's Tracking Number: TR2025072502

Page 1 of 2

